U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office
11:45 A.M
April 15 2010
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JERMAINE J. WASHINGTON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-004
)
AL ST. LAWRENCE, MAJOR McARTHUR )
HOLMES, and RONALD ROGERS, )
)
    Defendants. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 12), and Plaintiff's Letters to the Court (Docs. 14, 15, 16, 17), which this Court construes as objections to the Report and Recommendation.[1] After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the Opinion of the Court. This case is **DISMISSED WITHOUT PREJUDICE** and the **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 15th day of April, 2010.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Pro Se litigants are entitled to the liberal construction of their filings. Powell v. Lennon, 914 F.2d 1459, 1463 (11th Cir. 1990).